PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| EDWARD RALPH LIMONES, | Case No.: 1:17-cv-01511-EPG |
| Plaintiff, | **FIRST STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Edward Ralph Limones (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of fourteen (14) days to file her Opposition to Plaintiff's Opening Brief. The current due date is August 13, 2018. The new date will be August 27, 2018. All other deadlines will extend accordingly.

Defense counsel needs an extension of time because the attorney responsible for briefing this case is a new hire who needs more time to draft the response and go through the necessary in-

1

house reviews and her reviewer, due to her own heavy workload demands, needed more time to review counsel's brief. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

Respectfully submitted,

Dated: August 10, 2018
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL FOR DEFENDANT
S. WYETH McADAM
Assistant Regional Counsel

*/s/ Cyrus Safa*
CYRUS SAFA
Attorneys for Plaintiff
LAW OFFICES OF LAWRENCE D. ROHLFING
(*As authorized via e-mail on August 10, 2018)

## **ORDER**

Based on the above stipulation of the parties, and good cause appearing, Defendant shall file her Opposition to Plaintiff's Opening Brief no later than August 27, 2018. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **August 10, 2018**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE