1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   S. WYETH MCADAM
4      Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 268-5610
6      Facsimile: (415) 744-0134
       E-Mail: Wyeth.McAdam@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RALPH LIMONES, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:17-cv-01511-EPG <br><br> STIPULATION AND ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT <br><br> (ECF No. 25) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously-filed Motion for Attorney's Fees, filed February 19, 2019, shall be withdrawn, and that Plaintiff be awarded attorney fees and expenses under the EAJA in the amount of THREE THOUSAND FOUR HUNDRED SEVENTY-EIGHT dollars and THIRTY-EIGHT cents ($3,478.38). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted February 20, 2019.

DATED: February 20, 2019      */s/ Cyrus Safa*
CYRUS SAFA
Law Offices of Lawrence D. Rohlfing
(as authorized by email)
Attorney for Plaintiff

MCGREGOR W. SCOTT
United States Attorney

DATED: February 21, 2019      */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney

Attorneys for Defendant

# **ORDER**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff be awarded fees and expenses in the amount of $3,478.38 as authorized by 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **February 21, 2019**　　　　　　/s/ Eric P. Groj
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE